Certificate Number: 03605-PR-DE-014238982

Bankruptcy Case Number: 06-01879



03605-PR-DE-014238982

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 18, 2011</u>, at <u>1:58</u> o'clock <u>PM AST</u>, <u>ROBERTO DIAZ FERNANDEZ</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date:  <u>March 18, 2011</u>         By:   <u>/s/FRANCISCO DE JESUS</u>

                                   Name: <u>FRANCISCO DE JESUS</u>

                                   Title: <u>COUNSELOR</u>